FILED 25 MAY 20 16:20 USDC-ORM

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:25-cr-** 00228-MTK |
| **v.** | **MISDEMEANOR INFORMATION** |
| **JAMES PAUL STALLARD,** | **18 U.S.C. § 1856** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Fires Left Unattended and Unextinguished)**
**(18 U.S.C. § 1856)**

On or about July 15, 2023, in the District of Oregon, defendant **JAMES PAUL STALLARD**, did kindle and cause to be kindled, a fire in and near forest, timber, and other inflammable material upon lands owned, controlled, and leased by, and under the partial, concurrent, and exclusive jurisdiction of the United States, and permitted and suffered said fire to spread beyond his control, and did leave said fire without totally extinguishing the same;

\\\

\\\

\\\

In violation of Title 18, United States Code, Sections 1856.

Dated: May 20, 2025.

Respectfully submitted,

WILLIAM M. NARUS, CAB #243633
Acting United States Attorney

s/ *John C. Brassell*
JOHN C. BRASSELL
Assistant United States Attorney